UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.

2005 SEP -1  AM 10: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA )
)
vs. ) CR. No. 05-20056 Ma
)
AARON COBB, )
)

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Thomas A. Colthurst applies to the Court for a Writ to have AARON COBB, DOB 09/11/1974, SS# 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 now being detained in the <u>Shelby County Jail</u>, appear before the Honorable Tu M. Pham on <u>2nd, September, 2005,</u> at 9:30 for an Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this __1st__ day of September, 2005.

_____
Thomas A. Colthurst
Assistant U. S. Attorney

Upon consideration of the foregoing Application,

DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF/WARDEN, <u>Mark Luttrell</u>

YOU ARE HEREBY COMMANDED to have AARON COBB, appear before the Honorable Tu M. Pham at the date and time aforementioned.

ENTERED this _1st_ day of _September_, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _9-15-05_

/143/

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 143 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT